IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:12-CR-00003-M

UNITED STATES OF AMERICA,

Plaintiff,

v.

LAWRENCE WILDER,

Defendant.

ORDER

This matter comes before the court on Defendant's pro se motion. [DE 160]. The court liberally construes the 192-page filing as a motion to (1) transfer this case to the Eastern District of Pennsylvania; (2) allow Defendant to withdraw his guilty plea on account of involuntary medication; and (3) reverse his conviction for deprivation of his right to counsel. *See Haines v. Kerner*, 404 U.S. 519, 520–21 (1972); *Gordon v. Leeke*, 574 F.2d 1147, 1151 (1978); *Beaudett v. City of Hampton*, 775 F.2d 1274, 1278 (4th Cir. 1985). Defendant also, at various points, alludes to *Brady* violations and other evidentiary deficiencies.

Notably, Defendant's most recent sentence—imposed at the conclusion of a revocation hearing—terminated in 2014. [DE 56]. Defendant has continued, however, to bring motions challenging the validity of his prosecution. The court has repeatedly denied these claims, many of which are identical to those pending before the court. *See* [DE 69, 85, 88, 94, 109, 117, 131, 148–49, 158]. For the reasons stated therein, and for the present motion's lack of factual and legal

specificity, the pro se motion is DENIED.

SO ORDERED this ___3d___ day of January, 2025.

*Richard E Myers II*
RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE