# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Crim. No. 10-692** |
| : | |
| **LAWRENCE WILDER** : | |

## ORDER

In January 2012, this matter was transferred to the Eastern District of North Carolina. (Doc. No. 24); see <u>United States v. Wilder</u>, No. 12-cr-3-M (E.D.N.C. Jan 9, 2012), ECF No. 16; Fed. R. Crim. P. 20. That same month, the case was terminated in this Court. (<u>See</u> Docket).

On December 11, 2023, Defendant Wilder filed a "Motion to Dismiss" in this Court. (Doc. No. 38.) Because the Eastern District of North Carolina was the proper venue for his Motion, I denied his Motion without prejudice on March 7, 2024. (Doc. No. 39.) On September 23, 2024, the U.S. Court of Appeals for the Third Circuit summarily vacated this Order and remanded to this Court so that Defendant's Motion may be transferred to Eastern District of North Carolina for disposition. (Doc. No. 42) (citing <u>Lowery v. McCaughtry</u>, 954 F.2d 422, 423 (7th Cir. 1992) (providing that defendant must apply for coram nobis to the court that issued the judgment)).

**AND NOW**, this 30th of September, 2024, for want of jurisdiction over Defendant's Motion and pursuant to 28 U.S.C. § 1631, it is hereby **ORDERED** that the **CLERK OF THE COURT** shall **TRANSFER** Defendant's Motion to Dismiss (Doc. No. 38) to the Eastern District of North Carolina.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____

Paul S. Diamond, J.